9

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

## SEP 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IVO PEREZ, JR., | § |
|     Defendant-Petitioner, | § |
| | §     CIVIL ACTION NO. B-97-267 |
| vs. | § |
| | §     CRIMINAL NO. B-94-181 |
| UNITED STATES OF AMERICA | § |
|     Plaintiff-Respondent. | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be **ADOPTED** and the petition be **DISMISSED**. It is so **ORDERED**.

DONE this _2nd_ day of September, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge