UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 20 1999
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IVO PEREZ JR. | § | |
|     Petitioner, | § | CIVIL ACTION NO. B-97-267 |
| | § | |
| vs. | § | |
| | § | CRIMINAL NO. B-94-181 |
| UNITED STATES OF AMERICA | § | |
|     Respondent. | § | |

## ORDER

Before the Court is Petitioner's REQUEST FOR RECONSIDERATION CONSIDERING MOTION FOR ENLARGEMENT OF TIME. In light of former appellate history, said motion is hereby **DENIED**. It is so **ORDERED**.

DONE this 20th day of September, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge